UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYLEON J SILAS-FOREMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.  14-cv-03340-MEJ<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jayleon Silas-Foreman brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of Defendant Carolyn W. Colvin, the Acting Commissioner of Social Security, denying Plaintiff's claim for disability benefits.  On January 20, 2015, the Court granted the parties' stipulation to extend Plaintiff's time to file a motion for summary judgment or for remand by 21 days, from January 15 to February 5, 2015.  Dkt. No. 18.  As of today's date, nearly five weeks after the extended filing deadline, Plaintiff has failed to file a motion.

Accordingly, the Court hereby ORDERS Plaintiff Jayleon J Silas-Foreman to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by March 19, 2015.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 2, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge