# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYLEON J SILAS-FOREMAN,<br><br>   Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br><br>   Defendant. | Case No. 14-cv-03340-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having received Plaintiff's responsive declaration, the Order to Show Cause is DISCHARGED. The Court accepts Plaintiff's Motion for Summary Judgment, filed March 19, 2015. All briefing deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge