UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYLEON J SILAS-FOREMAN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>Defendant. | Case No. 14-cv-03340-MEJ<br><br>**ORDER RE: DEFENDANT'S STATEMENT OF FACTS** |

On October 1, 2014, the Court ordered the parties to file either a joint statement or separate statements of facts setting forth all relevant medical evidence and written and oral testimony in the Administrative Record. Dkt. No. 12. If the parties were unable to agree on a joint statement of facts, the Court directed Plaintiff to file a statement, separate from the motion and memorandum of law, setting forth each fact from the Administrative Record on which Plaintiff relies in support of the motion. Defendant was then ordered, when filing the cross-motion for summary judgment to file a statement setting forth: (a) for each paragraph of Plaintiff's separate statement of facts, a correspondingly numbered paragraph indicating whether Defendant disputes the statement of fact as set forth by Plaintiff and, if disputed, a reference to the specific portion of the record supporting Defendant's position; and (b) any additional facts from the Administrative Record on which Defendant relies in support of the motion. Defendant failed to file a separate statement.

Accordingly, Defendant is ORDERED to file the separate statement of facts by April 23, 2015. The deadline for Plaintiff's reply is CONTINUED to May 7, 2015.

**IT IS SO ORDERED.**

Dated: April 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge